**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

2020 OCT 29 PM 1:21

Elizabeth M. Warren
Clerk of Court

Keshia M. Jones
Tampa Division Manager

SNF PROPERTY, LLC,

    Plaintiff,

v.                                                                  Case No: 8:20-cv-1896-T-60AAS

DONALD SEOANE and NANTITA
SEOANE,

    Defendants.

---

## TRANSMITTAL OF RECORD TO STATE COURT

**State Court Case Number:** 2020-CA-003325

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided. (none)

October 23, 2020               ELIZABETH M. WARREN, CLERK

                                       By:    s/MB, Deputy Clerk

Enclosures

Date of Receipt: _____

By: _____

10/27/20